**Order filed June 11, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00347-CV

_____

## JOSHUA  MAXIMILLIAN  MURRAY, Appellant

## V.

## SAVOY MANOR, Appellee

---

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1130062**

---

## ORDER

No reporter's record has been filed in this case. Court reporter Lettie Witter informed this court that appellant has not requested the reporter's record to be prepared. On May 13, 2019, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof that he had requested the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no response.

Accordingly, we order appellant to file a brief in this appeal by **July 11, 2019**. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM